**Henry Clifford BYRD, Sr.,**
**Plaintiff–Appellant,**

v.

**Catherine C. EAGLES; W. Daniel Floyd; Richard E. Parrosh; Henry E. Frye, Jr., Defendants–Appellees.**

**No. 04–6966.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 16, 2004.

Decided: Sept. 23, 2004.

Henry Clifford Byrd, Sr., Appellant pro se.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Clifford Byrd, Sr., appeals the district court's order dismissing as frivolous his "criminal complaint." Our review of the record and the district court opinion adopting the magistrate judge's recommendation discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Byrd v. Eagles,* No. CA–03–1110–1 (M.D.N.C. filed May 3, 2004 & entered May 4, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*